UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-10682 PA (BFMx) | Date | November 3, 2026 |
| Title | Joi Parker v. Favorite Liquor Property LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS – ORDER TO SHOW CAUSE

On September 22, 2026, the Court issued an Order requiring Plaintiff to show cause in writing, on or before October 6, 2026, why the Court should exercise supplemental jurisdiction over the Unruh Act claim and any other state law claim asserted in the Complaint filed by plaintiff Joi Parker ("Plaintiff"). (Docket No. 13.) Plaintiff did not respond to the Court's Order to Show Cause. Plaintiff did, however, file a First Amended Complaint ("FAC") on November 2, 2026, which asserts only a federal claim for violations of the Americans with Disabilities Act. (Docket No. 14.) While the filing of the FAC resolves the issue of whether the Court should exercise supplemental jurisdiction over any state law claims, it does not respond to the Court's Order to Show Cause or provide any explanation of Plaintiff's failure to respond.

Accordingly, the Court hereby orders counsel for Plaintiff to show cause in writing why counsel should not be sanctioned in an amount up to $1,000 for failing to respond to the Court's September 22, 2026 Order to Show Cause. Plaintiff shall file a response with the Court no later than November 17, 2026. The matter shall stand submitted upon the filing of Plaintiff's response. Failure to comply with this Order may result, without further warning, in the imposition of monetary sanctions and/or dismissal of this action for lack of prosecution and failure to comply with the Court's orders.

IT IS SO ORDERED.